UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                    No. C 12-1274 SI (pr)

FLOYD SNELL,                                    **ORDER OF DISMISSAL**

        Plaintiff.

_____/

This case was opened when the court received from plaintiff a letter to Judge Wilken in which he complained about some of the conditions at the jail at which he was incarcerated. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*. He was allowed thirty days to either pay the fee or file the application. A copy of the court's form for *in forma pauperis* application was provided with the notice, along with a return envelope. In response, he wrote back that he had not intended to file a new action and instead just wanted to send the judge an informal letter. (Docket # 4.) This case is therefore DISMISSED without prejudice. No fee is due. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 18, 2012

                                                                  SUSAN ILLSTON
                                                 United States District Judge