**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.   No. C 12-1274 SI (pr)

FLOYD SNELL,   **JUDGMENT**

    Plaintiff.

_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012   _____
    SUSAN ILLSTON
    United States District Judge