UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                No. C 12-1274 SI (pr)

FLOYD SNELL,                                              **JUDGMENT**

      Plaintiff.

_____/

      This action is dismissed without prejudice.

      IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012                                        _____
                                                                       SUSAN ILLSTON
                                                             United States District Judge